KRIEGER v. KAYE et al.

(Supreme Court, Appellate Term.   June 13, 1900.)

APPEAL—ORDER OF CITY COURT DENYING NEW TRIAL.
    No appeal lies to the supreme court from an order of the city court denying a motion for a new trial.

Appeal from city court of New York, general term.

Action by Henry Krieger against Charles Kaye and another. From a judgment for plaintiff, and an order denying a new trial (60 N. Y. Supp. 992), defendants appeal. Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Samuel Greenbaum, for appellants.
Alfred Steckler, for respondent.

PER CURIAM. No appeal lies to this court from an order of the city court denying a motion for a new trial, so that the facts of the case cannot be reviewed here. All that we can consider is the exceptions to the rulings of the trial court. None of these, however, presents sufficient ground for reversing the judgment. The evidence given by the witnesses Cohen and Strauss was, we think, admissible in corroboration of the plaintiff's claim that he had a contract of employment with them for a year at the time he entered upon his negotiations with the defendants, which as he testifies, and as the jury has found, resulted in the making of the contract in suit. That such an agreement as the one above referred to with Cohen and Strauss had been actually made was a circumstance which the jury was entitled to consider in its hearing upon the probability of the plaintiff's testimony, for it legitimately suggested the inquiry whether it was likely that the plaintiff would have thrown it up, as he did, without securing from the defendants the concession which he claims they made. The discussion contained in the opinions of the learned judges who wrote in the case of Bronner v. Frauerthal, 37 N. Y. 166, indicates, we think, the principle which applies to the case at bar.

Judgment affirmed, with costs.